IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| N- N- | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 25-5494 |
| BRIAN MCSHANE et al. | : |
| *Defendants* | : |

## ORDER

**AND NOW,** this **10th** day of **November 2025,** upon consideration of the Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Motion to proceed under pseudonym and file unredacted versions of documents under seal (ECF No. 6), the Government's Response (ECF No. 8), and the representations made by counsel at the October 9, 2025 hearing, it is hereby **ORDERED** as follows:

1. The Motion to proceed under pseudonym and filed unredacted versions of documents under seal is **GRANTED**.

2. The Petition for Writ of Habeas Corpus is **GRANTED**. The Government is **ORDERED** to immediately remove all conditions of release that are not consistent with the terms set by the Immigration Judge's August 5, 2025 Bond Order. The Court retains jurisdiction over this matter to ensure compliance with this Order. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*s/Kai N. Scott*

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**