IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

N- N-                                          :
        *Petitioner,*                       :
                                   :
        v.                                 :   CIVIL NO. 25-5494
                                   :
BRIAN MCSHANE, et al.                          :
             *Respondents.*                 :
                                   :

## ORDER

AND NOW, this **20**th day of **April 2026,** upon consideration of Petitioner's Verified Motion for Attorneys' Fees (ECF No. 20), Respondents' Memorandum Regarding Petitioner's Attorneys' Fees (ECF No. 23), and Petitioner's Verified Reply (ECF No. 25), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Respondents are **ORDERED** to pay Petitioner's Attorneys' Fees in the amount of $39,419.93.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge